IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ARNA VODENOS, | Civ. No. 10-00755 DAE-BMK |
| Plaintiff, | FINDINGS AND RECOMMENDATION THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE |
| vs. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

FINDINGS AND RECOMMENDATION THAT THIS ACTION
BE DISMISSED WITHOUT PREJUDICE

On February 25, 2011, this Court held a hearing on an Order to Show Cause (Doc. 7.) in this case. Present at the hearing were Plaintiff's counsel, Darren G. Russell, and Defendant Bank of America's counsel, Patricia J. McHenry and Andrew G. Odell.

During the hearing, Darren Russell updated the Court and explained that he has made numerous efforts to contact his client without success. Although he was informed that Plaintiff filed for bankruptcy, he has been unable to obtain any instruction from Plaintiff on how to proceed in this case. Additionally, Darren Russell explained that he has not received a complete retainer agreement from Plaintiff.

In light of Darren Russell's update, he is unable to move forward in this case, given that he cannot obtain instructions from his client on how to proceed. The Court asked Darren Russell if he has any objection to dismissing this case, and he responded that he has no objection. Therefore, in light of his inability to prosecute this case on Plaintiff's behalf, the Court FINDS and RECOMMENDS that this case be dismissed without prejudice.

DATED: Honolulu, Hawaii, March 1, 2011.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 1, 2011

Vodenos v. Bank of America, N.A.,, et al., Civ. No. 10-00755 DAE-BMK; FINDINGS AND RECOMMENDATION THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE.

2